# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY HANCOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio Corporation,<br><br>Defendant. | No. 13-cv-2047 EFM/KGS<br>Docket Number of Joint Stipulation: 8<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404** |

## ORDER

The parties hereto having filed a joint stipulation requesting a transfer of venue pursuant to 28 U.S.C. § 1404 to the United States District Court for the Southern District of Ohio, Eastern Division at Columbus,

NOW THEREFORE, IT IS ORDERED that the above-captioned action is hereby transferred to the United States District Court for the Southern District of Ohio at Columbus. The clerk of this Court is authorized to transfer all the pleadings and papers herein to the clerk of the United States District Court for the Southern District of Ohio at Columbus.

SO ORDERED, this 11th day of March, 2013.

*Eric F. Melgren*

Hon. Eric F. Melgren
United States District Court
District of Kansas